UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jason M. Carter, | ) | C/A No. 5:14-1842-RMG-KDW |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| State of South Carolina; Greg Reed; Oconee County Sheriff's Office; Oconee County Detention Center; Harvey Miller; George McConnell; Mark Blinkley; Monique Lee; Nikki Haley; South Carolina Lt. Gov's Office of Ageing; S. Baker; South Carolina Department of Mental Health; South Carolina Department of Mental Health Public Safety Chief Adm.; Oconee, County of; Richland, County of; Oconee County Police Department; South Carolina Department of Health and Environmental Control, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

      This is a civil action filed by a pro se litigant. Under Local Civil Rule 73.02(B)(2)(D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. By Order dated May 13, 2014, Plaintiff was given a specific time frame in which to bring this case into proper form. ECF No. 7. Plaintiff complied with the court's Order, and this case is now in proper form.

      Plaintiff paid the filing fee. *See* Receipt No. SCX400009745.

MOTION TO SUPPRESS:

Plaintiff filed a document that he captioned "Motion to Suppress" in which he asks this court to "not consider any photos, documents, papers or materials gathered . . . from the residence at the time of the Plaintiff." ECF No. 32. Plaintiff argues that some of the Defendants improperly seized such material and, apparently, used it in connection with the state criminal prosecution that is referenced in Plaintiff's Complaint.

In light of the recommendation of summary dismissal of the Complaint contained in the Report and Recommendation issued contemporaneously with this Order and of the fact that the "photos, documents, papers or material . . ." referenced in the Motion were not submitted or reviewed during the initial review process, Plaintiff's Motion is **denied**.

TO THE CLERK OF COURT:

The Clerk of Court is directed *not* to issue any summonses or forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

August 6, 2014                                                  Kaymani D. West
Florence, South Carolina                                        United States Magistrate Judge